HENRY CARNEY, Respondent, *v.* HYMAN MARCUS, Appellant.

Argued November 12, 1947; decided November 21, 1947.

*Copal Mintz* for appellant.

*William E. Friedman* and *Leonard L. Berliner* for respondent.

Judgment affirmed, with costs. This record fails to establish the alleged defense of a violation of article 55 of the Education Law. We pass on no other question. No opinion. [See 297 N. Y. 783.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.